**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WOOFBEACH, INC., )<br>        Plaintiff, )<br>        v. )<br>)<br>STEVE HOLLAND, Individually and d/b/a )<br>BEACH FOR DOGS, BEACH FOR DOGS )<br>AURORA, INC., an Illinois corporation and )<br>BEACH FOR DOGS CORPORATION, an )<br>an Illinois corporation, )<br>        Defendants. )<br>_____ )<br>)<br>STEVE HOLLAND, BEACH FOR DOGS, )<br>BEACH FOR DOGS AURORA, INC., and )<br>BEACH FOR DOGS CORPORATION, )<br>        Counter-plaintiffs, )<br>        v. )<br>)<br>WOOFBEACH, INC., ERIC WILSON and )<br>CHRISTINA WILSON, )<br>        Counter-defendants. ) | Civil Action No 16-cv-10315<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge M. David Weisman |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
SETTLEMENT AGREEMENT AND GENERAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, by and between the Plaintiff/Counter-defendant WOOFBEACH, INC., Counter-defendants ERIC WILSON AND CHRISTINA WILSON, and the Defendants/Counter-plaintiffs, STEVE HOLLAND, individually and d/b/a BEACH FOR DOGS, BEACH FOR DOGS AURORA, INC AND BEACH FOR DOGS CORPORATION, by and through their respective counsel, that the above captioned action, including all claims and counter-claims asserted therein, is dismissed without prejudice with leave to reinstate solely for the purpose of enforcing the Settlement Agreement and General Release entered into by the parties hereto; but

1

in no event may any motion for reinstatement be filed longer than one (1) year from the date that the Court enters its Order of Dismissal Without Prejudice in accordance with this Stipulation.

Dated: February 13, 2018                     Respectfully Submitted,

**Plaintiff/Counter-defendant**,           **Defendants/Counter-plaintiffs,**
**WOOFBEACH, INC.**,                        **STEVE HOLLAND**, individually and d/b/a
**Counter-Defendants**, ERIC WILSON         **BEACH FOR DOGS, BEACH FOR DOGS**
and **CHRISTINA WILSON**                    **AURORA, INC.,** and **BEACH FOR DOGS**
                                            **CORPORATION**


*/s/ Jeffrey C. Blumenthal*                 */s/William D. Kelly*
Jeffrey C. Blumenthal                       William D. Kelly
Jeffrey C. Blumenthal Chartered             Kelly & Karras, Ltd.
*Counsel for the Plaintiff/Counter-*        *Counsel for Defendants/Counter-plaintiffs,*
*Defendant, Woofbeach, Inc.*                *Steve Holland, individually and d/b/a*
*Counter-defendants, Eric Wilson*           *Beach for Dogs, Beach for Dogs Aurora, Inc.*
*and Christina Wilson,*                     *and Beach for Dogs Corporation*
2970 Maria, Suite #223                      1010 Jorie Boulevard, Suite 100
Northbrook, Illinois                        Oak Brook, Illinois 60523
Phone: 847-498-3220                         Phone : 630-575-02020
Fax: 847-498-3221                           Fax: 630-575-0221
Jeffrey@jcblawyer.com                       Billkelly@kellykarras.com